UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASMIN LESURE,

    Plaintiff,

v.                                              Case No. 8:21-cv-616-TPB-SPF

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on March 31, 2021. (Doc. 5). Judge Flynn recommends that the Plaintiff's "Motion for Leave to Proceed In Forma Pauperis" (Doc. 2) be denied. The deadline for objections has passed and no objection has been filed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and

recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon consideration of the record, including Judge Flynn's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Flynn's detailed and well-reasoned findings and conclusions. Consequently, Plaintiff's motion seeking leave to proceed *in forma pauperis* is denied.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Flynn's report and recommendation (Doc. 5) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.
2. Plaintiff's "Motion for Leave to Proceed In Forma Pauperis" (Doc. 2) is **DENIED**.
3. Unless Plaintiff pays the requisite filing fee to the Clerk on or before June 2, 2021, this action will be dismissed without further notice.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of May, 2021.

    **TOM BARBER**
    **UNITED STATES DISTRICT JUDGE**